IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH D. HERMAN, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO.  10-564-SCW |
| | ) |
| DR. MELVIN POWERS and NORMAN DODSON, | ) |
| Defendant(s). | ) |

**JUDGMENT IN A CIVIL CASE**

Defendant **DR. MARVIN POWERS** was dismissed with prejudice on January 27, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 10).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant **NORMAN DODSON** and against Plaintiff **JOSEPH D. HERMAN** (Doc. 45).

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **DR. MARVIN POWERS** and **NORMAN DODSON** and against Plaintiff **JOSEPH D. HERMAN**.

Plaintiff shall take nothing from this action.

**DATED** this 20th day of November, 2012

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
    **Deputy Clerk**

Approved by      S/ Stephen C. Williams
         **United States Magistrate Judge**
              **Stephen C. Williams**